STATE OF NEW JERSEY v. DONALD SIMMONS.

June 4, 1975. Petition for certification denied.

ROBERT CHUCKROW CONSTRUCTION CO., INC. v.
AMERICAN BAPTIST ESTATES OF RED BANK.

June 4, 1975. Petition for certification denied.

ROBERT CHUCKROW CONSTRUCTION CO., INC. v.
AMERICAN BAPTIST ESTATES OF RED BANK.

June 4, 1975. Cross-petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY J. TASSONE.

June 4, 1975. Petition for certification denied.

ARARAT, INC. v.
STATE, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

June 4, 1975. Petition for certification denied. (See 132
*N. J. Super.* 305)

STATE OF NEW JERSEY IN THE INTEREST OF R. T.

June 4, 1975. Petition for certification denied.